```
        IN THE UNITED STATES DISTRICT COURT FOR THE
                EASTERN DISTRICT OF TENNESSEE
                       AT KNOXVILLE
```

LORI ANN YANCEY, *et al*,           )
                                    )
    Plaintiffs,                     )
                                    )
                                    )
vs.                                 )    No. 3:04-556
                                    )    No. 3:04-610
MARTY CARSON, *et al*,              )    Varlan/Shirley
                                    )
    Defendants.                     )

## PLAINTIFF'S REQUESTED INSTRUCTION

### PAYMENT OF DAMAGES

If you find liability on the Defendant you are to determine the Plaintiffs' damages according to the instructions I have just given you.

You are instructed that you shall not discuss or consider insurance during your deliberations; how damages against the Defendant would be paid; whether Defendant can personally pay the judgment; or what effect payment of the judgmemt may have on the Defendant.

There is no evidence before you as to who or how a judgment against the Defendant would be paid. Considering matters which are not in evidence would be a violation of your oath as a juror.

s/Herbert S. Moncier  
HERBERT S. MONCIER  
Attorney for Plaintiff

Herbert S. Moncier
Attorney at Law
Suite 775 Bank of America Center
550 Main Avenue
Knoxville, Tennessee  37902
(865)546-7746
BPR # 1910

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date stamped above the foregoing was filed electronically with this Court and that a copy has been served on all counsel by this Court's CM-ECF system.

s/Herbert S. Moncier  
HERBERT S. MONCIER