AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | TENNESSEE |

LORI ANN YANCEY,
*as next of kin and Representative of the Estate and Heirs of John Yancey, Deceased*
V.

MARTY CARSON

**JUDGMENT IN A CIVIL CASE**

Case Number:   3:04-CV-556 and 3:04-CV-610

X **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
that the jury unanimously finds based on a preponderance of the evidence that defendant MARTY CARSON did violate HUBERT DEAN "JOHN JOHN" YANCEY'S substantive due process rights.  Further, plaintiff, LORI ANN YANCEY, shall recover compensatory damages in the amount of  FIVE MILLION DOLLARS ($5,000,000.00) from the defendant MARTY CARSON.

It is further ORDERED that plaintiff LORI ANN YANCEY shall recover of the defendant MARTY CARSON, post judgment interest at the rate of 3.65 % and all costs associated with this action.

|  |  |
|---|---|
| November 14, 2007 | Patricia L. McNutt, Clerk |
| Date | Clerk |
|  | s:/Julie Norwood |
|  | (By) Deputy Clerk |